**Clerk's Courtroom Motions/Miscellaneous Minute Sheet**

UNITED STATES OF AMERICA

v.

**JASON MCKINNEY (01)**

Case No:  **06-20078-01-JWL**

**Location: Kansas City, Kansas**

AUSA: Scott Rask
Deft. Atty.: David Kelly

| | | | |
|---|---|---|---|
| JUDGE: | Lungstrum | DATE: | 7/16/2008 |
| DEPUTY CLERK: | Sharon Scheurer | TAPE/REPORTER: | Becky Ryder |
| INTERPRETER: | None | PRETRIAL/PROBATION: | |

# MOTION HEARING

#143 -  Defendant's motion for recusal of the United States Attorney's Office for the District of Kansas: **GRANTED IN PART as unopposed  AND DENIED IN PART as set forth in full on the record.**

#152 -  Defendant's pro se motion for recusal: **DENIED as set forth on the record.**

#155 -  Defendant's pro se motion to withdraw current counsel and appoint new counsel: **DENIED as set forth on the record.**

#148 -  Defendant's motion to reconsider order denying defendant's motion to withdraw guilty plea and other relief: **The court sets the following briefing schedule:**

> **Government's response deadline:    July 25, 2008**
> **Defendant's reply deadline:    August 8, 2008**

**Defendant remanded to custody of USM**